# THE STATE OF TEXAS
# M A N D A T E

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE COUNTY COURT AT LAW OF NACOGDOCHES COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 30th day of October, 2014, the cause upon appeal to revise or reverse your judgment between

**IN THE MATTER OF THE MARRIAGE OF BRAD LESLIE JUSTICE AND REBECCA ARLENE JUSTICE AND IN THE INTEREST OF MORGAN MICHELLE CAROLANN JUSTICE AND BRANDON WADE JUSTICE, CHILDREN**

**NO. 12-13-00171-CV; Trial Court No. C11-27,458**

Opinion by Brian Hoyle, Justice.

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and the briefs filed herein, and the same being considered, because it is the opinion of this court that there was error in the judgment of the court below, it is ORDERED, ADJUDGED and DECREED by this court that the trial court's judgment disposing of and dividing the parties' community property be **reversed** and the case be **remanded for further proceedings** consistent with this opinion; that in all other respects, the judgment of the trial court is **affirmed**; and that this decision be certified to the court below for observance.

It is further ORDERED that the costs of court incurred in this appellate court be assessed one-half against Appellant, **REBECCA ARLENE JUSTICE**, and one-half against Appellee, **BRAD LESLIE JUSTICE**."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 9th day of January, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk